People v Martinez (2024 NY Slip Op 04743)

People v Martinez

2024 NY Slip Op 04743

Decided on October 01, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 01, 2024

Before: Moulton, J.P., Mendez, Higgitt, O'Neill Levy, Michael, JJ. 

Ind. No. 70130/23, 74765/22 Appeal No. 2652-2653 Case No. 2023-05113, 2024-00738 

[*1]The People of The State of New York, Respondent,
v
Daesaun Martinez, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Maria Wager of counsel), for respondent.

Judgments, Supreme Court, Bronx County (Hon. Connie Morales, J.), rendered September 08, 2023, convicting defendant, upon his pleas of guilty, of assault in the second degree under indictment No. 74765/2022 and two counts of attempted assault in the second degree under indictment No. 70130/2023, and sentencing him to a term of two years followed by two years of post-release supervision under indictment No. 74765/2022 and, as a second violent felony offender, to concurrent terms of two to four years under indictment No. 70130/2023 to be served consecutively to the term under indictment No. 74765/2022, unanimously modified, on the law, to the extent of remitting the matter to Supreme Court to pronounce the full term of defendant's sentence under indictment No. 74765/2022 to include the two-year term of post-release supervision, and otherwise affirmed.
The matter is remitted to Supreme Court solely to correct the error in failing to impose the term of post-release supervision under indictment No. 74765/2022 (see People v Sparber, 10 NY3d 457 [2008]). We otherwise perceive no basis for reducing the sentence.THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 1, 2024